IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KEY WEST DIVISION

CASE NO.: 07-10018-CIV-KING-GARBER

INSURANCE COMPANY OF NORTH AMERICA a Pennsylvania corporation, as Assignee of INTERNATIONAL YACHTING CHARTER SERVICES, INC.,

    Plaintiff,

vs.

AMERICAN OCEANICS and WAYNE LICINA,

    Defendants.

## **FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE came before the Court on the parties' Stipulation for Dismissal with Prejudice (D.E. #14) filed March 19, 2008. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED with prejudice with each party to bear its own attorney's fees and costs. The Court retains jurisdiction of this matter for the enforcement of the terms and conditions of settlement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The **Pretrial Conference** set for **September 5, 2008** and the **Trial** set for **October 6, 2008** are hereby CANCELED.

4.      The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 20th day of March, 2008.

```
                                    JAMES LAWRENCE KING
                                    UNITED STATES DISTRICT JUDGE
```

Copies furnished to:

J. Michael Pennekamp, Esq.
Andrew W. Anderson, Esq.